**Ricardo SALAS–HERNANDEZ, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

No. 14–72007

United States Court of Appeals, Ninth Circuit.

Submitted August 16, 2016 *

Filed August 23, 2016

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument.

Ricardo Salas–Hernandez, Las Vegas, NV, Pro Se.

Stefanie N. Hennes, Trial Attorney, OIL, Washington, DC, Chief Counsel ICE, San Francisco, CA.

Before: O'SCANNLAIN, LEAVY, and CLIFTON, Circuit Judges.

MEMORANDUM **

Ricardo Salas–Hernandez, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's ("IJ") order granting post-conclusion voluntary departure. We dismiss the petition for review.

We lack jurisdiction to consider Salas–Hernandez' unexhausted contentions that his former counsel provided ineffective assistance, and that the IJ forced his former counsel to withdraw Salas–Hernandez' application for cancellation of removal. *See Tijani v. Holder*, 628 F.3d 1071, 1080 (9th Cir. 2010) (the court lacks jurisdiction to consider legal claims not presented in an alien's administrative proceedings before the agency).

**PETITION FOR REVIEW DISMISSED.**

*See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.